■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CORLEY, Appellant.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We find that, upon reviewing the entire charge, the court properly instructed the jury on reasonable doubt *(see, People v Canty,* 60 NY2d 830; *People v Yanik,* 43 NY2d 97, *on remand* 63 AD2d 574; *People v Blackshear,* 112 AD2d 1044, *lv denied* 66 NY2d 917; *People v Navarro,* 104 AD2d 958; *People v Cruz,* 97 AD2d 518).

We also find the statements made by the prosecutor which the defendant contends constituted prosecutorial misconduct were either proper responses to the defense summation *(see, People v Street,* 124 AD2d 841, *lv denied* 69 NY2d 834; *People v Freeman,* 123 AD2d 784, *lv denied* 69 NY2d 711), properly

cured by appropriate curative instructions *(People v Arce,* 42 NY2d 179), or not preserved for appellate review due to defense counsel's acquiescence in the curative instructions given by the court *(People v Medina,* 53 NY2d 951, 953; *People v Jalah,* 107 AD2d 762).

We have reviewed the defendant's remaining contentions and find that they are either unpreserved for appellate review or without merit *(see, People v Santana,* 125 AD2d 427, *lv denied* 70 NY2d 960; *People v Torres,* 118 AD2d 821, *lv denied* 68 NY2d 672). Mollen, P. J., Thompson, Rubin and Spatt, JJ., concur.